PROB 12C
(7/93)

Report Date: May 27, 2015

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 27 2015

SEAN F. McAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Charles Martinez         Case Number: 0980 2:07CR02066-LRS-3 &
                                                                1:14CR02017-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 14, 2008

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: | Prison 63 months; TSR - 48 months |  Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson |  Date Supervision Commenced: November 3, 2013 |
| Defense Attorney: | Alison Guernsey |  Date Supervision Expires: November 2, 2017 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/04/2015.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Martinez failed to attend his random urine test on May 20, 2015. The defendant was given permission to make up the urine test on May 21, 2015, which tested presumptive positive for THC. The sample was sent for laboratory analysis, which was confirmed positive for marijuana metabolite on May 23, 2015. |
| 7 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

Prob12C
Re: Martinez, Edward Charles
May 27, 2015
Page 2

**Supporting Evidence**: Mr. Martinez spoke with USPO Vargas on May 21, 2015. He admitted to being around others who were smoking marijuana but denied using any drugs. Officer Vargas directed the defendant to contact this officer on May 26, 2015, however, Mr. Martinez failed to contact this officer as directed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 27, 2015

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/27/15
Date