PROB 12C
(7/93)

Report Date: July 29, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 30 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Charles Martinez  Case Number: 0980 2:07CR02066-LRS-3 &
0980 2:14CR02017-LRS-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 14, 2008

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: | Prison 78 months; TSR - 48 months |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| Defense Attorney: | Alison K. Guernsey |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 3, 2013

Date Supervision Expires: November 2, 2017

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/05/2015 and 05/27/2015.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: Mr. Martinez traveled to the Seattle, Washington, area on July 19, 2015, without permission. |
| 9 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: Mr. Martinez had contact with law enforcement on July 19, 2015, while in the Seattle, Washington, area. He did not advise this officer of the contact until July 28, 2015. The Seattle Police Department report indicates a bicycle patrol officer heard a sound similar to someone receiving a punch to their person, while working in the Seattle Belltown district during the early morning bar-closing hours. The officer observed a male fall over backwards, and land on his back on the sidewalk. |

The officer observed the suspect male standing over the victim male that appeared to have been punched. The suspect quickly turned around and walked south. The officer contacted the suspect who identified himself to the officer with his Washington State ID card as Edward C. Martinez, born 5-19-85. A witness advised he/she observed Mr. Martinez punch the victim male and knock him to the ground. Officers contacted the victim who quickly stood up and did not have any visible injuries. The victim was uncooperative and left the scene saying he did not want police assistance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 29, 2015

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

7/30/15
Date